| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION         *E-FILED - 1/9/07*

| | | |
|---|---|---|
| YANLING TU, | ) | |
| | ) | No. C 06-5811 RMW RS |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO DISMISS; AND** |
| MICHAEL CHERTOFF, Secretary, | ) | **[] ORDER** |
| Department of Homeland Security; | ) | |
| EMILIO GONZALEZ, Director, U.S. | ) | |
| Citizenship and Immigration Services; and | ) | |
| DAVID STILL, District Director, | ) | |
| San Francisco District Office of U.S. Citizenship | ) | |
| and Immigration Services, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner, by and through her attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Petitioner's application for adjustment of status (Form I-485).

Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C06-5811 RMW RS                    1

| | |
|---|---|
| Date: January 3, 2007 | Respectfully submitted, |
| | KEVIN V. RYAN |
| | United States Attorney |
| | |
| | _____/s/_____ |
| | ILA C. DEISS |
| | Assistant United States Attorney |
| | Attorneys for Respondents |
| | |
| Date: January 3, 2007 | _____/s/_____ |
| | TERESA CAI |
| | Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:  1/9/07                                        /s/ Ronald M. Whyte
                                                    _____
                                                    RONALD M. WHYTE
                                                    United States District Judge

Stip. to Dismiss
C06-5811 RMW RS                                2